# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2631

_____

Loren Reyna, also known as Two Bulls,

*Plaintiff - Appellant*,

v.

Don Holloway; Kevin Thom, Sheriff et al., Pennington County Jail of Rapid City,
South Dakota; Jodie McClure, RN Charging Nurse; Sergeant Steele, Charging
Officer; Correctional Officer Maxfield; Lieutenant Haga; Jail Commander Grier,

*Defendants - Appellees*,

A. P. Fuller,

*Defendant*,

Sheriffs Deputy Smiths,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the District of South Dakota - Rapid City

_____

Submitted: March 27, 2015
Filed: April 8, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

South Dakota inmate Loren Reyna appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014), we agree with the district court's analysis, and we find no basis for reversal. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.